UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARGUERITE JUCKETT,

    Plaintiff,

v.                                                    Case No:  6:20-cv-174-Orl-78EJK

MENTOR WORLDWIDE LLC,
ANALYTIC BIOSURGICAL
SOLUTIONS and DOES,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon periodic review. On February 7, 2020, this Court ordered Plaintiff to file a Notice of Pendency of Other Actions, and Certificate of Interested Persons and Corporate Disclosure Statement by February 21, 2020. (Doc. Nos. 31, 32). On March 3, 2020, this Court issued an Order Directing Compliance, ordering Plaintiff to file responses to its previous Orders by March 16, 2020. (Doc. 36). The Court warned Plaintiff that failure to comply with any Local Rules or Court Orders may result in the dismissal of this action without further notice. (*Id.*; Doc. 33). The March 16, 2020 deadline has lapsed, and Plaintiff has not complied with any Court Orders.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to terminate any deadlines and close this case.

**DONE AND ORDERED** in Orlando, Florida on April 9, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record